■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BEVERLY BACHILLER, Respondent.—Order unanimously reversed on the law, defendant's motion to suppress denied and matter remitted to Supreme Court, Onondaga County, for further proceedings, in accordance with same memorandum as in *People v Bachiller* (159 AD2d 955 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Gorman, J.—suppress evidence.) Present—Dillon, P. J., Boomer, Green, Balio and Davis, JJ.